500 A.2d 805

**COMMONWEALTH**

**v.**

**FREISTAK, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 18, 1985.

Petition for Allowance of Appeal GRANTED, No. 75 M.D. Appeal Docket 1985.